FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUL 24 2018  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IDA OTERO,

                              **NOTICE OF REMOVAL**

                    Plaintiff,

                                     **CV 18-4196**
                                   Civ. Action No. 18-___

         v.

                                   (_____, J.)        DeARCY HALL, J.
MDC BROOKLYN                       (_____, M.J.)

                    Defendant.                          MANN. M.J.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   THE HONORABLE JUDGES OF THE UNITED STATES
      DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

      PLEASE TAKE NOTICE that an action pending in the Civil Court of the City of New

York, County of Kings, has been removed to the United States District Court for the Eastern

District of New York.

      Defendant, MDC Brooklyn, by and through its attorney, Richard P. Donoghue, United

States Attorney for the Eastern District of New York, Alex S. Weinberg, Assistant U.S. Attorney,

of counsel, respectfully state the following facts upon information and belief:

1.     The Metropolitan Detention Center - Brooklyn ("MDC") is named as defendant in the above-captioned civil action, which was commenced, and is now pending, in the Civil Court of the City of New York, County of Kings, under Index No. 16899-2018.

2.     According to the Verified Petition in Support of an Order to Show Cause, which is dated July 16, 2018, this is an action arising from a housing dispute between plaintiff and defendant.   As against MDC, plaintiff seeks injunctive relief in the form of an order to restore her to possession of the subject premises. Pursuant to 28 U.S.C. § 1446(a), copies of the Verified Petition in Support of an Order to Show Cause are annexed hereto as Exhibit A.

3.     MDC is a facility owned and controlled by the U.S. Bureau of Prisons, Department of Justice, a federal agency of the United States of America.

4.     Pursuant to 28 U.S.C. § 1442(a)(1), this action may be removed to this Court.

WHEREFORE, it is respectfully requested that the above-captioned action now pending in the Civil Court of the City of New York, County of Kings, be removed to this Court.

In accordance with 28 U.S.C. § 1446(d), the filing of a copy of this notice with the Clerk of the Court, Civil Court of the City of New York, County of Kings, shall effect the removal and the state court shall proceed no further unless and until the case is remanded.

Dated: Brooklyn, New York
       July 24, 2018

                                        RICHARD P. DONOGHUE
                                        United States Attorney
                                        Eastern District of New York
                                        Attorney for Federal Defendants
                                        271-A Cadman Plaza East
                                        Brooklyn, New York 11201

                              BY:       _____
                                        Alex S. Weinberg
                                        Assistant U.S. Attorney
                                        (718) 254-6616

TO:    Clerk of the Court
       Civil Court of the City of New York
       County of Kings
       141 Livingston Street
       Brooklyn, NY 11201

       Ms. Ida Otero
       9325 Fort Hamilton Parkway
       Brooklyn, NY 11209
       *Pro Se Plaintiff*



# Exhibit A

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 2 4 2018 ★

BROOKLYN OFFICE

## WARNING TO RESPONDENT
## YOUR FAILURE TO APPEAR IN COURT MAY RESULT IN
## THE AWARD OF POSSESSION TO THE PETITIONER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Civil Court of the City of New York

County of _____

Part

*Ida Otero*

Petitioner,

against

*MDC Brooklyn/Higa  Cynthia*
*85 axin street*
*Brooklyn NY 11232*   Respondent

Index Number  **16899**

### ORDER TO SHOW CAUSE
### IN LIEU OF NOTICE OF PETITION
### TO RESTORE TO POSSESSION
### [No Existing Proceeding]

Address: *9325  Ft Hamilton Pkwy*
(Address of Premises)
*Brooklyn NY 1809* Apt. # *D5C*

Upon the annexed Verified Petition of _____ *Ida Otero* _____

the above named Petitioner(s), sworn to on _____ *7/16/18* _____

LET the Respondent(s) or Respondent(s) attorney(s) show cause at a Motion Term of the:
Civil Court of the City of New York

Located at: *1411 Livingston Street, Brooklyn, NY 11201*

on: *July 24 2018*, at *9:30 A.* M., in Housing Part: *P*, Room *506*
or as soon thereafter as counsel may be heard, why a Judgment should not be rendered:

AWARDING AND RESTORING the Petitioner(s) to possession of the premises;
ISSUING A WARRANT OF EVICTION, FORTHWITH, together with costs and disbursements;
AWARDING TREBLE DAMAGES following RPAPL § 853; and/or
GRANTING such other and further relief as may be just.

PENDING the hearing of this proceeding and the entry of a Judgment thereon, Respondent(s) and Respondents
attorney(s) or agent(s) is/are:
1. [✓] Stayed from re-letting the subject premises;
2. [ ] Stayed from removing any of the contents of the premises;
3. [ ] Ordered to permit Petitioner access for the limited purpose of obtaining Petitioner's possessions;
4. [ ] _____
5. [ ] _____

SERVICE of a copy of this Order, together with the annexed Verified Petition, upon the Respondent(s)
~~(Personally)~~ (by Certified Mail, Return Receipt Requested) on or before *July 18 2018*   *7/18/18*
shall be deemed good and sufficient. Proof of such service may be filed in the Clerk's Office of Housing Part before the
return date of this Order to Show Cause, or on the date of trial with the Clerk in the Part indicated above. Petitioner may
serve these papers in person.

*July 18 2018*
_____
Date

CHERYL J. GONZALES
_____
Judge, Housing/Civil Court

CIV-LT-75 (Revised, March, 2000) [3 ply]

# Civil Court of the City of New York

County of _____ Kings _____

Part

**[Please Press Hard]**

Index Number ___ 116899/18 ___

Y Ida Otero

Petitioner,

against

L MDC Brooklyn NY 11232
Cynthia Hugar 80245t
ekly. NY 11232

Respondent

**VERIFIED PETITION IN SUPPORT OF AN
ORDER TO SHOW CAUSE
To Restore to Possession
[RPAPL § 713, Subd. 10]**

Address: __ 9325 Ft. Ham. PKWY __

(Address of Petitioner)

Brooklyn, NY 11209 Apt. # __ D5C __

## PETITION

1. The Petitioner, Y ___ Ida Otero ___, is the lawful occupant and the town Cynthia Hugar of the above indicated apartment, and has resided there since __ 2009 __.

2. The Respondent(s) L ___ MDC Brooklyn / Cynthia Hugar ___

a) is/are the ___ owner ___ of the subject premises and is/are currently in possession;

b) gained occupancy forcibly, without the consent or authorization of the Petitioner, and continue(s) to forcibly and unlawfully withhold possession from the Petitioner *(obtained possession by force, without permission of the Petitioner, and continue(s) to keep Petitioner from possession by force and unlawfully);*

c) has/have not been in quiet enjoyment of the subject premises for three years *(took possession less than three years ago).* The sent a notice that I should move out. Then they locked me out on July 10. This owner is also my employer.

d) Description of facts: I been having problems with my rent. made atemps to make payments, money was sent back. I resently made a payment of $20,600.00 check has not returned

3. Petitioner requests that an Order be entered placing the case on the calendar for trial on a day certain on the issue of whether or not a Judgment should be rendered:

a) awarding and restoring the Petitioner to possession of the subject premises;

b) providing for the issuance of a warrant of eviction forthwith, together with costs and disbursements; and

c) awarding treble damages following RPAPL § 853.

4. Petitioner further requests permission be granted for the petitioner to serve these papers in person, and such other relief as this Court deems proper.

5. No prior application has been made for the relief sought herein.

___ 7/16/18 ___
Date

___ Ida Otero ___
Signature of Petitioner

## VERIFICATION

State of New York, County of _____ ss:

_____, being duly sworn, deposes and says:

s/he is the petitioner named above, that petitioner has read the petition and knows the truth of the contents thereof except for those matters alleged to be on information and belief, and as to those matters petitioner believes them to be true.

Sworn to before me this __ 16 __ day of __ July __, 20 __ 18 __

___ Irene Clarke SCCA ___
Signature of Court Employee and Title, or Notary Public

___ Ida Otero ___
Signature of Petitioner

CIV-LT-15 (Revised, March, 2000) (3 ply)